FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   CR 08-151-RT
            Plaintiff,    )
                          )   ORDER [OF DETENTION] [SETTING
     v.                   )   CONDITIONS OF RELEASE] AFTER HEARING
                          )   (18 U.S.C. § 3148(b):
WILLIAM LAWRENCE BILLOWS  )   (Allegations of Violation of
                          )   Pretrial Conditions of Release)
            Defendant.    )
_____)

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge R. Timlin.

B.

The court finds there is

(1)

    (A)  ( )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (✓)  Clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)
2     (A)  (X)  Based on the factors set forth in 18 U.S.C. § 3142(g),
3              there is no condition or combination of conditions of
4              release that will assure that the person will not flee or
5              pose a danger to the safety or any other person or the
6              community; or
7     (B)  ( )  The person is unlikely to abide by any condition or
8              combination of conditions of release.
9              and/or, in the event of (1)(A)
10 (3)   ( )  There is probable cause to believe that, while on
11            release, the defendant committed a Federal, State, or
12            local felony, and the presumption that no condition or
13            combination of conditions will assure that the person
14            will not pose a danger to the safety of any other person
15            or the community has not been rebutted.
16                                  or
17 (4)   ( )  The court finds that there are conditions of release that
18            will assure that the defendant will not flee or pose a
19            danger to the safety of any other person or the
20            community, and that the defendant will abide by such
21            conditions.  <u>See</u> separate order setting conditions.
22       ( )  It is further ordered that this order is stayed for 72
23            hours in order to allow the Government to seek review
24            from the [assigned district judge] [criminal duty
25            district judge].
26                                  or

1  
2                                             C.

(X)  IT IS ORDERED defendant be detained prior to trial.

              DATED: 11/7/08

                                         U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]